No. 130. FRANK SEAMAN, PETITIONER, v. BERLINER GRAMOPHONE COMPANY. December 12, 1902. Petition for a writ of

certiorari to the United States Circuit Court of Appeals for the Fourth Circuit dismissed on authority of counsel for petitioner. *Mr. Philip Mauro* for the petitioner. *Mr. Marshall McCormick* for the respondent.